**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-1803**

———————————

TAMORAH L. CHAPMAN,

                 Plaintiff - Appellant,

      v.

TIMOTHY GEITHNER, Secretary of the Treasury,

                 Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:11-cv-01016-GBL-TRJ)

———————————

Submitted: November 30, 2012      Decided: January 25, 2013

———————————

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tamorah L. Chapman, Appellant Pro Se. Julie Ann Edelstein, Bernard G. Kim, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamorah L. Chapman, a former employee of the Internal Revenue Service, appeals the district court's order granting the Secretary of the Treasury's motions for judgment on the pleadings and summary judgment, and dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave for Chapman to proceed on appeal in forma pauperis, we affirm the judgment for the reasons stated by the district court in its memorandum opinion. See Chapman v. Geithner, No. 1:11-cv-01016-GBL-TRJ (E.D. Va. filed Apr. 30, 2012 & entered May 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED